# FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0062

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0062

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

JOHN BREUER,

                 Plaintiff/Appellee

-vs-

**ORDER**

STATE OF MONTANA,

                 Defendant/Appellant

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter, Ann Allen, is granted an extension of time to and including April 14, 2022, within which to prepare, file, and serve the transcripts requested on appeal. The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 8 2022